# UNITED STATES DISTRICT COURT
Southern    District    of    Indiana

| UNITED STATES OF AMERICA | **JUDGMENT IN A VIOLATION HEARING** |
|---|---|
| v. | *Modification of Supervision Only* |
| | *(For Offenses Committed On or After November 1, 1987)* |
| MELISSA ISAACS | Case Number: 3:13CR00058-001 |
| | Defendant's Attorney: John Brinson |

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

[X]   was adjudged guilty of Violation Number(s)   1

[ ]   and special condition(s)

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
|---|---|---|
| 1 | Failure to Comply with Community Service Program | 04/27/2016 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

[ ] The defendant has been found not guilty of violation of condition(s) _____
    and special condition(s) _____

[ ] Charge(s) _____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.:  0951

Defendant's Year of Birth:  1964

City and State of Defendant's Residence:
Santa Claus, IN  47579

05/13/2016
Date of Imposition of Judgment

*(signature)*
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

5/31/2016
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By *(signature)* Dina M. Dafe
Deputy Clerk

✎AO 245S Modified (Rev. 02/14) Judgment in a Revocation Case

Judgment—Page 2 of 2

DEFENDANT: MELISSA ISAACS
CASE NUMBER: 3:13CR00058-001

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

*The defendant's probation is extended until December 2, 2016.*